IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
SHIRLEY KOSAKOSKI,             )
                               )  Civil Action
          Plaintiff            )  No. 12-cv-00038
                               )
     vs.                       )
                               )
THE PNC FINANCIAL SERVICES     )
  GROUP, INC.,                 )
                               )
          Defendant            )
```

O R D E R

NOW, this 26th day of September, 2013, upon consideration of the following documents:

    (1) Defendant's Motion for Summary Judgment filed January 23, 2013 (Document 34), together with

        (A) Defendant's Separate Statement of Undisputed, Material Facts in Support of Its Motion for Summary Judgment (Document 35); and

        (B) Defendant's Brief in Support of Its Motion for Summary Judgment (Document 36);

    (2) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, which memorandum was filed February 18, 2013 (Document 42-1), together with

        (A) Plaintiff's Response in Opposition to Defendant's Separate Statement of Undisputed, Material Facts in Support of Its Motion for Summary Judgment (Document 42);

    (3) Defendant's Reply Brief in Support of Its Motion for Summary Judgment, which reply brief was filed on March 1, 2013 (Document 46); and

    (4) Civil Action Complaint filed January 4, 2012 (Document 1);

and for the reasons set forth in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendant's Motion for Summary Judgment is granted in part and denied in part.

<u>IT IS FURTHER ORDERED</u> that defendant's motion is granted to the extent that it seeks summary judgment on Counts I (Age Discrimination in Employment Act) and IV (Title VII - Gender Discrimination) of plaintiff's Civil Action Complaint.

<u>IT IS FURTHER ORDERED</u> that Counts I and IV are dismissed with prejudice from plaintiff's Civil Action Complaint.

<u>IT IS FURTHER ORDERED</u> that defendant's motion is granted to the extent that it seeks summary judgment on that portion of Count V (Pennsylvania Human Relations Act) of plaintiff's Civil Action Complaint alleging age and gender discrimination.

<u>IT IS FURTHER ORDERED</u> that plaintiff's claims for age and gender discrimination are dismissed from Count V of plaintiff's Civil Action Complaint.

<u>IT IS FURTHER ORDERED</u> that in all other respects defendant's motion for summary judgment is denied.

                        BY THE COURT:

                        <u>/s/ James Knoll Gardner</u>
                        James Knoll Gardner
                        United States District Judge